UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re Application of: | : | |
| CARLYLE COMMODITY MANAGEMENT L.L.C; CELADON COMMODITIES, LTD. AND/OR CELADON COMMODITIES FUND, LTD.; CARLYLE GLOBAL MARKET STRATEGIES COMMODITIES FUNDING 2014-1, LTD.; CARLYLE GLOBAL MARKET STRATEGIES COMMODITIES FUNDING 2015-1, LTD.; VMF SPECIAL PURPOSE VEHICLE SPC-VMF Q1 SEGREGATED PORTFOLIO | : | No. 3:17-mc-00009-HLA-JBT |
| Applicants, | : | |
| For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | : | |

**DEFENDANT'S DESIGNATION AND CONSENT TO ACT FOR ATTORNEY SPECIALLY ADMITTED, AND REQUEST FOR SUCH ATTORNEY TO RECEIVE ELECTRONICALLY NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 2.02 of the United States District Court for the Middle District of Florida, the undersigned respectfully submits this written designation and consent-to-act in connection with the special admission to practice of Eric Ordway of the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, as counsel on behalf of Carlyle Commodity Management L.L.C., Celadon Commodities, Ltd. and/or Celadon Commodities Fund, Ltd., Carlyle Global Market Strategies Commodities Funding 2014-1, Ltd., Carlyle Global Market Strategies Commodities Funding 2015-1, Ltd., and VMF Special Purpose

Vehicle SPC-VMF Q1 Segregated Portfolio, in the above-styled case and to permit Eric Ordway to receive electronic filings in this case.

1. Mr. Ordway is not admitted to practice in the Middle District of Florida. He is a member in good standing of the State Bar of New York and the United States District Court for the Southern District of New York; has made payment of this Court's $150.00 fee for special admission, and has submitted a Special Admission Attorney Certification form.

2. The undersigned, Edward R. McCarthy, of the law firm of Weil Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, Florida 33131, is a member in good standing of the Bars of the State of Florida, the United States District Court for the Middle, Southern and Northern District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court, and maintains an office in this State for the practice of law. Mr. McCarthy consents to act, and is hereby designated, as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, and who shall be responsible for the progress of this case and the filing of documents in compliance with the CM/ECF Administrative Procedures.

3. Mr. Ordway has read and is familiar with the most recent version of the Local Rules of this Court, and agrees to be bound thereby.

4. Eric Ordway, by and through the undersigned designated counsel and pursuant to Local Rule 2.02 and CM/ECF Administrative Procedures, hereby requests the Court to direct the Clerk of Court to provide Notice of Electronic Filings to him at eric.ordway@.weil.com.

Dated: April 11, 2017

/s/ Edward R. McCarthy
Edward R. McCarthy (FBN 0683701)
edward.mccarthy@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159

*Attorneys for Carlyle Commodity Management L.L.C., Celadon Commodities, Ltd. and/or Celadon Commodities Fund, Ltd., Carlyle Global Market Strategies Commodities Funding 2014-1, Ltd., Carlyle Global Market Strategies Commodities Funding 2015-1, Ltd., and VMF Special Purpose Vehicle SPC-VMF Q1 Segregated Portfolio*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ Edward R. McCarthy
Edward R. McCarthy (FBN 0683701)
edward.mccarthy@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159